## Commonwealth *v.* Bell, Appellant.

Submitted September 17, 1974. Before WATKINS, P. J., JACOBS, HOFFMAN, CERCONE, PRICE, VAN DER VOORT, and SPAETH, JJ.

*William L. Bowe* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant.

*John H. Isom, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 31, 1975:

The imposition of sentence of one to ten years imprisonment is hereby reversed and the case is remanded for resentencing in accordance with the holding in *Commonwealth v. Tomlin*, 232 Pa. Superior Ct. 147, 336 A.2d 407 (1975).

SPAETH, J., joins in this Opinion, and in addition, would rely on his Concurring Opinion in *Commonwealth v. Tomlin, supra.*

VAN DER VOORT, J., dissents on the same rationale as set forth in his Dissenting Opinion in *Commonwealth v. Tomlin, supra.*